UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KARLA BLOCK AND DARRIN BLOCK**                                    **PLAINTIFFS**

V.                                    **3:21CV000216 JM**

**CITY OF BROOKLAND, ARKANSAS**                                     **DEFENDANT**

### ORDER OF DISMISSAL

The Court has been notified that the parties have reached a settlement. The Complaint and all claims against the Defendant are hereby dismissed with prejudice. The Court retains complete jurisdiction for 30 days to resolve issues related to the settlement if necessary. The trial scheduled for January 30, 2023 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 5th day of April, 2022.

_____
James M. Moody, Jr.
United States District Judge